THE CITY OF SYRACUSE, Respondent, *v.* THOMAS HOGAN, Appellant, Impleaded with Others.

THE CITY OF SYRACUSE, Respondent, *v.* HARRY P. PHILIBOSIAN et al., Appellants.

THE CITY OF SYRACUSE, Respondent, *v.* ASHOD H. TIRYAKIAN et al., Appellants.

*Appeal — on stipulation judgments reversed and new trials granted.*

*City of Syracuse* v. *Hogan,* 204 App. Div. 902, reversed.
*City of Syracuse* v. *Philibosian,* 204 App. Div. 902, reversed.
*City of Syracuse* v. *Tiryakian,* 204 App. Div. 902, reversed.
(Submitted October 20, 1924; decided October 24, 1924.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 29, 1922, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thomas Hogan* and *Daniel A. Pierce* for appellants.
*Frank Hopkins* for respondent.

On stipulation, judgment in each case reversed and new trial granted, costs to abide event.